**Electronically Filed
Supreme Court
SCWC-25-0000123
04-AUG-2025
07:52 AM
Dkt. 5 ODAC**

SCWC-25-0000123

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

FRANCIS GRANDINETTI,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000123; CASE NO. 3DCW-25-0000285)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Francis Grandinetti's application for writ

of certiorari, filed on July 21, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 4, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

